IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-31374

_____

CHARLES ADAMS; ET AL,

                                        Plaintiffs,

CHARLES ADAMS; KENNY W. ADAMS;
VERNON ASHFORD; MARY BARROW; KENNY BELL,

                                        Plaintiffs-Appellants,

        versus

UNITED ASSOCIATION OF JOURNEYMAN
AND APPRENTICES OF THE PLUMBING
AND PIPEFITTING INDUSTRY OF THE
UNITED STATES AND CANADA AFL-CIO,
LOCAL 198; ET AL,

                                        Defendants,

UNITED ASSOCIATION OF JOURNEYMAN
AND APPRENTICES OF THE PLUMBING
AND PIPEFITTING INDUSTRY OF THE
UNITED STATES AND CANADA AFL-CIO,
LOCAL 198; UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF THE
PLUMBING AND PIPEFITTING INDUSTRY
OF THE UNITED STATES AND CANADA,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(98-CV-400)

_____

March 22, 2001

Before GARWOOD, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Having considered the briefs, record and argument of counsel, the court concludes that under the particular facts here no abuse of the trial court's broad discretion has been shown in the instant denial of class certification. The denial was based on a full evidentiary hearing following extensive discovery, came after refusal to dismiss on motion, and was clearly grounded ultimately on the exercise of discretion and not on the basis that any decision of this court absolutely and categorically mandated denial.

AFFIRMED

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.